**STATEMENT OF FACTS**

     On Monday, January 23, 2006, at about 8:10 a.m., sworn officers with the Metropolitan Police Department's Fifth District went to xxxx Xxxxx Xxxxxx, X.X., Apt.x, Washington, D.C. to assist members of the United States Parole Commission. Upon arrival, the officers and members of the Parole Commission searched the defendant, his personal belongings, his car, and his residence, in accordance with the terms of his supervised release. During the search, officers located pieces of a .380 caliber handgun and 2 magazines loaded with .380 caliber ammunition underneath a green briefcase in the closet. The green briefcase contained paperwork in the defendant's name a loaded Colt .45 caliber handgun, another magazine with .45 caliber ammunition, and a box of .45 caliber ammunition. The weapons and ammunition were located in the closet where the defendant stated he kept his person belongings. In addition, a search of the defendant's car revealed a box of .45 caliber ammunition. Officers placed the defendant under arrest. To the best of the undersigned officer's knowledge, defendant Anthony Brown has previously been convicted of crimes punishable by imprisonment for a term exceeding one year in the District of Columbia Criminal Case Nos. F6785-84 and F4084-85. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge there are no Colt .45 caliber handguns nor ammunition manufactured in the District of Columbia.

                              OFFICER CHRISTOPHER JOHNSON
                              FIFTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JANUARY, 2006.

                              U.S. MAGISTRATE JUDGE