IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Case NO. 06-029M-01 (DAR) |
| | ) |
| ANTHONY R. BROWN, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER


    _____/S/_____
    Rita B. Bosworth
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Suite 550
    Washington, D.C. 20004
    (202) 208-7500

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing Notice has been served this 20th day of December, 2005 upon:

>Jennifer Anderson
>Assistant United States Attorney
>555Fourth Street, NW
>Washington, DC  20530

>_____
>Rita B. Bosworth
>Assistant Federal Public Defender